IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. _____

BIAX CORPORATION,

      Plaintiff,

v.

NVIDIA CORPORATION,
SONY COMPUTER ENTERTAINMENT AMERICA, INC.,
SONY COMPUTER ENTERTAINMENT, INC.,
SONY ELECTRONICS, INC.,
SONY CORPORATION OF AMERICA, and
SONY CORPORATION,

      Defendants.

---

## COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff BIAX Corporation ("BIAX"), for its Complaint against defendants Nvidia Corporation, Sony Computer Entertainment America, Inc., Sony Computer Entertainment, Inc., Sony Electronics, Inc., Sony Corporation of America, and Sony Corporation, alleges the following:

### INTRODUCTION

BIAX is a small Colorado corporation founded in the early 1980s to design, build, and market high performance computer systems.  By the 1990s, it had applied for and received United States and several foreign patents relating to inventions its employees had developed.  BIAX brings this action to obtain redress for infringement of two of those patents by Nvidia Corporation and the Sony Defendants.

**THE PARTIES**

1.      BIAX is a corporation organized and existing under the laws of Colorado with its principal place of business at 1942 Broadway, Suite 404, Boulder, Colorado 80302.

2.      Nvidia Corporation ("Nvidia") is a corporation organized and existing under the laws of Delaware with its principal place of business at 2701 San Tomas Expressway, Santa Clara, California 95050.  Nvidia has one or more offices or facilities within this judicial district, including one located at 1425 Pearl Street, Boulder, Colorado 80302, and another located at 300 East Boardwalk Drive, Building 3B, Fort Collins, Colorado 80525.

3.      Nvidia designs graphics systems and sells and offers to sell graphics systems throughout the United States, including in this judicial district.

4.      Sony Computer Entertainment America, Inc., ("SCEA") is a corporation organized and existing under the laws of Delaware with its principal place of business at 919 East Hillsdale Boulevard, Foster City, California.  SCEA incorporates Nvidia graphics systems into products which it manufactures, sells, and offers to sell throughout the United States, including in this judicial district.

5.      Sony Computer Entertainment, Inc. ("SCE") is a foreign corporation organized and existing under the laws of Japan, with its principal place of business at 2-6-21 Minami-Aoyama, Minato-ku, Tokyo, 107-0062, Japan.  SCE incorporates Nvidia graphics systems into products which it manufactures, sells, and offers to sell throughout the United States, including in this judicial district.

6.      Sony Electronics, Inc. ("SEI") is a corporation organized and existing under the laws of Delaware with its principal place of business at 165Via Esprillo, San Diego, California

92127, and one or more offices or facilities within this judicial district, including one located at 4845 Pearl East Circle, Boulder, Colorado 80301.  SEI incorporates Nvidia graphics systems into products which it manufactures, sells, and offers to sell throughout the United States, including in this judicial district.

7.      Sony Corporation of America ("SCA") is a corporation organized and existing under the laws of New York with its principal place of business at 550 Madison Avenue, New York, New York 10022.  SCA incorporates Nvidia graphics systems into products which it manufactures, sells, and offers to sell throughout the United States, including in this judicial district.

8.      Sony Corporation ("SC") is a foreign corporation organized and existing under the laws of Japan with its principal place of business located at 1-7-1 Konan, Minato-ku, Tokyo 108-0075, Japan.  SC incorporates Nvidia graphics systems into products which it manufactures, sells, and offers to sell throughout the United States, including in this judicial district.

9.      SCEA, SCE, SEI, SCA, and SC will be referred to collectively as "Sony" or the "Sony Defendants."

### JURISDICTION AND VENUE

10.     This is an action for patent infringement arising under the Patent Laws of the United States, Title 35 of the United States Code.

11.     This Court has subject matter jurisdiction under 28 U.S.C sections 1331 and 1338.

12.     This Court has personal jurisdiction over Nvidia and each of the Sony Defendants.

13.     Venue is proper in this judicial district under 28 U.S.C. sections 1391 and 1400(b).

## FIRST CLAIM FOR RELIEF
## INFRINGEMENT OF U.S. PATENT NO. 5,517,628

14.     The allegations set forth in the foregoing paragraphs 1 through 13 are incorporated into this First Claim For Relief.

15.     On May 14, 1996, U.S. Patent No. 5,517,628 (the "'628 Patent"), entitled "Computer With Instructions That Use An Address Field To Select Among Multiple Condition Code Registers," was duly and legally issued by the United States Patent and Trademark Office to inventors Gordon E. Morrison, Christopher B. Brooks, and Fredrick G. Gluck, and has been duly and legally assigned to BIAX.  A copy of the '628 Patent is attached as Exhibit A.

16.     Nvidia has infringed and continues to infringe, has induced and continues to induce others to infringe, and has committed and continues to commit acts of contributory infringement of one or more claims of the '628 Patent in this judicial district and elsewhere by making, using, selling, offering for sale, and/or importing into the United States products that infringe one or more claims of the '628 Patent including, but not limited to, graphics systems which employ a plurality of condition code registers.

17.     As a result of Nvidia's infringement of the '628 Patent, BIAX has suffered damages and will continue to suffer damages in the future.

18.     Nvidia's infringement of the '628 Patent will continue into the future unless Nvidia's acts of patent infringement are enjoined by this Court.

19.     Each of the Sony Defendants has infringed and continues to infringe, has induced and continues to induce others to infringe, and has committed and continues to commit acts of

contributory infringement of one or more claims of the '628 Patent in this judicial district and elsewhere by making, using, selling, offering for sale, and/or importing into the United States products that infringe one or more claims of the '628 Patent including, but not limited to, graphics systems which employ a plurality of condition code registers.

20.     As a result of Sony's infringement of the '628 Patent, BIAX has suffered damages and will continue to suffer damages in the future.

21.     Sony's infringement of the '628 Patent will continue into the future unless Sony's acts of patent infringement are enjoined by this Court.

22.     Sony's acts of patent infringement are willful and deliberate.

**SECOND CLAIM FOR RELIEF**
**INFRINGEMENT OF U.S. PATENT NO. 6,253,313**

23.     The allegations set forth in the foregoing paragraphs 1 through 13 are incorporated into this Second Claim For Relief.

24.     On June 26, 2001, U.S. Patent No. 6,253,313 (the "'313 Patent"), entitled "Parallel Processor System For Processing Natural Concurrencies And Method Therefor," was duly and legally issued by the United States Patent and Trademark Office to inventors Gordon Edward Morrison, Christopher Bancroft Brooks, and Fredrick George Gluck, and has been duly and legally assigned to BIAX.  A copy of the '313 Patent is attached as Exhibit B.

25.     Nvidia has infringed and continues to infringe, has induced and continues to induce others to infringe, and has committed and continues to commit acts of contributory infringement of one or more claims of the '313 Patent in this judicial district and elsewhere by making, using, selling, offering for sale, and/or importing into the United States products that

infringe one or more claims of the '313 Patent including, but not limited to, graphics systems which employ a plurality of condition code registers.

26.     As a result of Nvidia's infringement of the '313 Patent, BIAX has suffered damages and will continue to suffer damages in the future.

27.     Nvidia's infringement of the '313 Patent will continue into the future unless Nvidia's acts of patent infringement are enjoined by this Court.

28.     Each of the Sony Defendants has infringed and continues to infringe, has induced and continues to induce others to infringe, and has committed and continues to commit acts of contributory infringement of one or more claims of the '313 Patent in this judicial district and elsewhere by making, using, selling, offering for sale, and/or importing into the United States products that infringe one or more claims of the '313 Patent including, but not limited to, graphics systems which employ a plurality of condition code registers.

29.     As a result of Sony's infringement of the '313 Patent, BIAX has suffered damages and will continue to suffer damages in the future.

30.     Sony's infringement of the '313 Patent will continue into the future unless Sony's acts of patent infringement are enjoined by this Court.

31.     Sony's acts of patent infringement were and continue to be willful and deliberate.

## PRAYER FOR RELIEF

WHEREFORE, BIAX asks this Court to enter judgment against Nvidia and Sony and against their respective subsidiaries, affiliates, agents, servants, employees, licensees, and all persons acting or attempting to act in active concert or participation with them or acting on their behalf, granting the following relief:

A.      An award of damages adequate to compensate BIAX for the infringement,

together with pre- and post-judgment interest;

B.      Increased damages pursuant to 35 U.S.C. section 284;

C.      A finding that this case is exceptional and an award to BIAX of its attorneys fees,

expenses and costs pursuant to 35 U.S.C. section 285;

D.      A permanent injunction prohibiting further infringement, inducement of

infringement, and contributory infringement of the '628 and the '313 Patents; and

E.      Such other and further relief as this Court may deem just and proper.

### JURY DEMAND

BIAX demands a trial by jury.


Dated this 29th day of May, 2009.

_s/ Steven J. Merker_
Tucker K. Trautman
Steven J. Merker
Evan M. Rothstein
Robert M. Tuttle
DORSEY & WHITNEY LLP
370 17th Street, Suite 4700
Denver, CO 80202-5647
Telephone:303.629.3400
Facsimile: 303.629.3450
E-mail: trautman.tucker@dorsey.com
E-mail: merker.steve@dorsey.com
E-mail  rothstein.evan@dorsey.com
E-mail: tuttle.rob@dorsey.com
**Attorneys for Plaintiff BIAX Corporation**


Address of Plaintiff:
1942 Broadway, Suite 404
Boulder, Colorado 80302