IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 09-cv-01257-PAB

BIAX CORPORATION,

      Plaintiff,

v.

NVIDIA CORPORATION,
SONY COMPUTER ENTERTAINMENT AMERICA, INC.,
SONY COMPUTER ENTERTAINMENT, INC.,
SONY ELECTRONICS, INC.,
SONY CORPORATION OF AMERICA, and
SONY CORPORATION,

      Defendants.
_____

**ORDER SETTING HEARING UNDER FED. R. CIV. P. 16**
_____

      This matter comes before the Court upon a Complaint filed by the Plaintiff alleging the infringement of a patent.  In light thereof, a hearing pursuant to Fed. R. Civ. P. 16 is appropriate.  It is

      ORDERED:

      1.      That a hearing is set for **July 30, 2009 at 3:00 p.m.** in Courtroom A601 at the United States Courthouse located at 901 19th Street, Denver, Colorado.  Counsel shall bring their calendars.  This is not a scheduling conference.  The parties should not submit a proposed scheduling order.

      2.      That prior to the hearing, the parties shall meet and confer about the following issues and be prepared to address them at the hearing:

      •      Whether there are issues of claim construction.

- Whether a hearing will be required under *Markman v. Westview Instruments, Inc.*, 517 U.S. 370 (1996).
- If a *Markman* hearing is required, whether discovery is necessary prior to such hearing.  If so, what discovery is required.  (This hearing does not substitute for a scheduling conference before the Magistrate Judge.)
- Whether there are any other issues or impediments to the setting of a *Markman* hearing.
- Other appropriate issues enumerated in Fed. R. Civ. P. 16(c).

DATED June 9, 2009.

BY THE COURT:


s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge