IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No.  09-cv-01257-PAB-MEH | Date:   February 11, 2010 |
| Courtroom Deputy: Cathy Coomes | **FTR – Courtroom C203** |

BIAX CORPORATION,                                               Steven J. Merker
                                                                             Lee Johnston

          Plaintiff,

vs.

NVIDIA CORPORATION,                                         Alex V. Chachkes
                                                                             Roger P. Thomasch
SONY COMPUTER ENTERTAINMENT            Bruce A. Featherstone
AMERICA INC., and                                               Christian Chadd Taylor
SONY ELECTRONICS INC.,

          Defendants.

## COURTROOM MINUTES/MINUTE ORDER

**MOTION HEARING**

**Court in session:        11:06 a.m.**

Court calls case.  Appearances of counsel.

Discussion regarding Defendants' Motion to Compel Production of Documents from Prior Litigation (Doc. #98, filed 12/23/09).

**ORDERED:**     For reasons stated on the record, Defendants' Motion to Compel Production of Documents from Prior Litigation (Doc. #98, filed 12/23/09) is GRANTED. Plaintiff shall produce the entire hard drive requested **on or before February 17, 2010,** absent objections from another party.

The Court and counsel discuss other pending motions.  Counsel will discuss the pending motions off the record and attempt to resolve the issues.

**Court in recess:        11:13 a.m.  (Hearing concluded)**
**Total time in court:**  0:07