IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01257-PAB-MEH

BIAX CORPORATION,

      Plaintiff,

v.

NVIDIA CORPORATION,
SONY COMPUTER ENTERTAINMENT AMERICA, INC., and
SONY ELECTRONICS, INC.,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 17, 2010.**

      Plaintiff's Unopposed Motion to File Plaintiff's Position Statement and Motion for Protective Order Regarding Duplicative Depositions Under Seal [filed March 12, 2010; docket #126] and Defendants' Unopposed Motion for Leave to File Under Seal [filed March 12, 2010; docket #128] are **granted**. The Clerk of Court is directed to maintain under seal the documents located at Dockets ##127, 129, and 131.

      Plaintiff BIAX Corporation's Motion for Protective Order Regarding Duplicative Depositions [filed March 15, 2010; docket #134 (#131 sealed)] is **granted in part** and **denied in part** as stated on the record on March 15, 2010. (*See* docket #135.)