IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01257-PAB-MEH

BIAX CORPORATION,

    Plaintiff,

v.

NVIDIA CORPORATION,
SONY COMPUTER ENTERTAINMENT AMERICA, INC.,
SONY COMPUTER ENTERTAINMENT, INC.,
SONY ELECTRONICS, INC.,
SONY CORPORATION OF AMERICA, and
SONY CORPORATION,

    Defendants.
_____

### MINUTE ORDER
_____

**Entered By Judge Philip A. Brimmer**

    This matter is before the Court on defendants' motion to submit a video technology tutorial [Docket No. 161]. The motion is fully briefed and ripe for disposition. It is

    **ORDERED** that defendants' motion [Docket No. 161] is GRANTED. It is further

    **ORDERED** the parties may submit tutorials on or before **Monday, May 10, 2010**. It is further

    **ORDERED** that each party shall file one copy of the tutorial with the Court and send two courtesy copies of the tutorial directly to my chambers. The parties shall exchange their respective tutorials simultaneously with submitting them to the Court. It is further

    **ORDERED** that, if the tutorial takes the form of a video, it shall be no longer than thirty minutes and shall be on a DVD viewable with Windows Media Player. If the tutorial will take some other form, the party shall seek leave of the Court by April 26, 2010, to submit a tutorial of the desired medium and length.

    DATED April 20, 2010.