IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
MAGISTRATE JUDGE MICHAEL E. HEGARTY

| | |
|---|---|
| **Civil Action No.** 09-cv-01257-PAB-MEH | FTR – Courtroom C203 |
| **Date:** September 20, 2010 | Cathy Coomes, Courtroom Deputy |
| | |
| BIAX CORPORATION, | Steven J. Merker |
| | Lee Johnston |
| Plaintiff, | |
| | |
| v. | |
| | |
| NVIDIA CORPORATION, | Alex V. Chachkes |
| | Christopher Ottenweller |
| | Roger P. Thomasch |
| | Jonathan Bernhardt |
| SONY COMPUTER ENTERTAINMENT | Christian Chadd Taylor |
| AMERICA INC., and | David Rokach |
| SONY ELECTRONICS INC., | |
| | |
| Defendant. | |

## COURTROOM MINUTES/MINUTE ORDER

**TELEPHONIC MOTION HEARING**

**Court in session:** 11:05 a.m.

The Court calls case. Appearances of counsel by telephone.

Discussion regarding Plaintiff's Motion to Modify Scheduling Order to Extend Discovery Cutoff (Doc. #343, filed 8/17/10).

**ORDERED:** Plaintiff's Motion to Modify Scheduling Order to Extend Discovery Cutoff (Doc. #343, filed 8/17/10) is GRANTED in part and DENIED in part. The deadlines are extended as follows:

- Fact Discovery:	October 15, 2010
- Initial Expert Disclosures:	October 29, 2010
- Rebuttal Expert Disclosures:	November 29, 2010
- Expert Discovery:	December 31, 2010
- Dispositive Motions:	December 31, 2010

Discussion regarding scheduled depositions.

**Court in recess:** 11:14 a.m.   (Hearing concluded)
Total time in court: 0:09