IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01257-PAB-MEH

BIAX CORPORATION,

     Plaintiff,

v.

NVIDIA CORPORATION,
SONY COMPUTER ENTERTAINMENT AMERICA, INC., and
SONY ELECTRONICS, INC.,

     Defendants.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 13, 2010.**

     For good cause shown, Defendant NVIDIA Corporations' Motion for Partial Stay Pending Objection to Discovery Order by Magistrate Judge [filed October 12, 2010; docket #428] is **granted**. The section of this Court's order (docket #388) regarding NVIDIA's production of worldwide sales figures and performance of additional electronic discovery "related to marketing information, *i.e.*, offers to sell" is hereby **STAYED**, pending the District Court's ruling on NVIDIA's objection. (*See* docket #422.)