IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01257-PAB-MEH

BIAX CORPORATION,

      Plaintiff,

v.

NVIDIA CORPORATION,
SONY COMPUTER ENTERTAINMENT AMERICA, INC., and
SONY ELECTRONICS, INC.,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 28, 2010.**

Sony's Motion for Leave to File a Surreply Responding to Plaintiff's Motion to Compel Sony to Produce for Deposition Rule 30(b)(6) Deposition Witnesses [filed October 27, 2010; docket #451] is **granted**. Although Plaintiff opposes the relief requested, the Court finds Sony establishes good cause, and the filing of a surreply will not unduly prejudice Plaintiff. The Sony Defendants may file a surreply on or before **November 2, 2010**.