**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 09-cv-01257-PAB-MEH

BIAX CORPORATION,

    Plaintiff,

v.

NVIDIA CORPORATION,
SONY COMPUTER ENTERTAINMENT AMERICA INC.,
and SONY ELECTRONICS INC.,

    Defendants.

## NVIDIA's UNOPPOSED MOTION TO SEAL AND ATTACHED PROPOSED ORDER

Pursuant to D.C.COLO.L.Civ.R. 7.2, Defendant NVIDIA Corporation respectfully moves this Court for an Order as follows:

- to seal NVIDIA's Reply Brief in Support of Its Motion for Summary Judgment of New Matter, Invalidity, and Unenforceability; and
- to seal exhibits A-33 - A-38 attached thereto.

NVIDIA's Reply Brief and its accompanying exhibits all contain material that plaintiff BIAX Corporation has designated "confidential," which is "Designated Material" under the Protective Order, D.I. 90, ¶ 8.  Under that same Protective Order: "Without written permission from the Designating Party or a Court Order secured after appropriate notice to all interested persons, a Party may not file in the public record in this action any Designated Material, but must file such Designated Material under seal in conformance with the Court's rules and procedures." D.I. 90, ¶ 36. This Court has held that the public interest in this sort of lawsuit is not significant,

compared to the interest the private parties have in preserving private information.  D.I. 181, at 2-3.  Defendants have sought to seal only those documents that contain plaintiff's confidential information, which is a less restrictive alternative.

WHEREFORE, for the foregoing reasons, Defendants respectfully move this Court to enter the attached Proposed Order, <u>sealing</u> NVIDIA's Reply Brief in Support of its Motion for Summary Judgment of New Matter, Invalidity, and Unenforceability and its confidential exhibits attached thereto.

### D.C.COLO.LCivR 7.1(A)

Counsel for NVIDIA conferred with counsel for BIAX on October 28, 2010.  Counsel for BIAX agreed not to oppose the motion to seal.

Dated: October 29, 2010

Respectfully submitted,

/s/  Chris R. Ottenweller

Chris R. Ottenweller
Ulysses S. Hui
Richard Swope
ORRICK, HERRINGTON & SUTCLIFFE, LLP
1000 Marsh Road
Menlo Park, CA  94025
Telephone:  650 614-7400
Facsimile:  650 614-7401
cottenweller@orrick.com
uhui@orrick.com
rswope@orrick.com

Alex Chachkes
ORRICK, HERRINGTON & SUTCLIFFE, LLP
51 West 52nd Street
New York, NY  10019-6142
Tel:  212 605-5000
Fax:  212 506-5151
achachkes@orrick.com

Donald Daybell
ORRICK, HERRINGTON & SUTCLIFFE, LLP
4 Park Plaza
Suite 1600
Irvine, CA 92614-2558
Tel:  949 567-6700
Fax:  949 567-6710
Email:  ddaybell@orrick.com

Roger P. Thomasch
Jon Bernhardt
BALLARD SPAHR, LLP
1225 17th Street, Suite 2300
Denver, CO  80202
Telephone:  303 292-2400
Facsimile:  303 296-3956
thomasch@ballardspahr.com
bernhardt@ballardspahr.com

*Attorneys for Defendant*
*NVIDIA Corporation*

## CERTIFICATE OF SERVICE

I certify that on October 29, 2010, the foregoing **NVIDIA's UNOPPOSED MOTION TO SEAL AND ATTACHED PROPOSED ORDER** was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record who have been deemed to have consented to service via the CM/ECF system.

                                            /s/ Helena Bursik