IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| **Civil Action No.**   09-cv-01257-PAB-MEH | **FTR – Courtroom C203** |
| **Date:**   November 22, 2010 | Cathy Coomes, Courtroom Deputy |

| | |
|---|---|
| BIAX CORPORATION, | Steven J. Merker |
| | Lee Johnston |
| Plaintiff, | Rob Tuttle |
| | |
| v. | |
| | |
| NVIDIA CORPORATION, | Alex V. Chachkes (by phone) |
| | Jonathan Bernhardt |
| | John Meli (by phone) |
| SONY COMPUTER ENTERTAINMENT | Bruce A. Featherstone |
| AMERICA INC., and | Christian Chadd Taylor |
| SONY ELECTRONICS INC., | David Rokach (by phone) |
| | |
| Defendants. | |

---

## COURTROOM MINUTES/MINUTE ORDER

---

**TELEPHONIC STATUS CONFERENCE**

**Court in session:**      2:54 p.m.

The Court calls case.  Appearances of counsel.

Discussion and argument regarding Sony's Motion for Clarification by the Magistrate Judge of the September 21, 2010 Order [Doc. #457, filed 10/28/10], Plaintiff's to Compel Sony to Produce for Deposition Rule 30(b)(6) Deposition Witnesses [Doc. #383, filed 9/20/10], and Plaintiff's Motion to Compel Nvidia to Produce for Deposition Rule 30(b)(6) Deposition Witnesses [Doc. #500 (sealed #499), filed 11/12/10].

**ORDERED:**  The Court takes the above motions under advisement.

Court in recess:        4:23 p.m.        (Hearing concluded)
Total time in court:     1:29