IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01257-PAB-MEH

BIAX CORPORATION,

     Plaintiff,

v.

NVIDIA CORPORATION,
SONY COMPUTER ENTERTAINMENT AMERICA, INC., and
SONY ELECTRONICS, INC.,

     Defendants.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 28, 2010.**

     Plaintiff's request for expedited briefing of its Motion to Compel . . . [filed December 22, 2010; docket #564] is **denied**. The Court finds that Plaintiff does not demonstrate good cause necessitating expedited briefing, given the governing schedule and that the event about which Plaintiff complains occurred two weeks prior to the filing of this motion. The Court sets the following briefing schedule: Defendant NVIDIA shall respond on or before **January 11, 2011**. Plaintiff may reply on or before **January 21, 2011**.