IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01257-PAB-MEH

BIAX CORPORATION,

    Plaintiff,

v.

NVIDIA CORPORATION,
SONY COMPUTER ENTERTAINMENT AMERICA INC., and
SONY ELECTRONICS INC.,

    Defendants.

---

### MOTION FOR EXTENSION OF TIME TO FILE DEFENDANTS' BILLS OF COSTS AND MOTION FOR ATTORNEYS' FEES

*Relief Requested is Partially Unopposed*

---

Defendants Sony Computer Entertainment America, Inc., Sony Electronics Inc., and NVIDIA Corporation respectfully move the Court for an extension of time, to April 27, 2012, to file their respective bills of costs and their anticipated motion for attorneys' fees.

Plaintiff does not oppose the requested extension for the bill of costs. Plaintiff opposes the requested extension for the motion for attorneys' fees.

**D.C.COLO.LCivR. 7.1(A) Statement**: Counsel for Defendants discussed the relief requested with counsel for BIAX. BIAX does not oppose the requested extension of time for defendants to submit their bills of costs. BIAX does, however, oppose the requested extension of time for defendants to submit their motion for attorneys' fees.

This Motion is supported by the following grounds:

1.      On March 28, 2012, the Court entered final judgment in this case in favor of Defendants. (Dkt. #948.) Additionally, Defendants were awarded "their costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1." (*Id.*)

2.      Pursuant to D.C.COLO.LCivR 54.1, Defendants have 14 days from entry of judgment to file their respective bills of costs. The Court's Procedures for Taxation of Costs state that "[s]ubstantiating documentation, i.e., court reporter invoices, in-house and/or vendor copying charges, process server invoices, etc., must be submitted in support of costs."

3.      Pursuant to Federal Rule 54(d), a motion for attorneys' fees must "be filed no later than 14 days after the entry of judgment." D.C.COLO.LCivR 54.3 provides that a motion for attorneys' fees "shall include the following for each person for whom fees are claimed: 1. a detailed description of the services rendered, the amount of time spent, the hourly rate, and the total amount claimed; and 2. a summary of relevant qualifications and experience."

4.      The current due date for these filings is April 11, 2012.

5.      Defendants are in the process of preparing the supporting materials specified by the Court's local rules and procedures in connection with Defendants' bills of costs and anticipated motion for attorneys' fees. This case was pending since May 29, 2009, and involved considerable expenditures of attorneys' fees and expenses to defend plaintiff's infringement assertions and respond to discovery demands. Additional time is needed to collect the relevant materials and prepare submissions that provide the necessary level of detail. Defendants therefore request 30 days from entry of judgment to prepare and submit their bills of costs and anticipated motion for attorneys' fees.

6. The proposed extension would result in a deadline of April 27, 2012 for these submissions.

7. No previous extensions to these deadlines have been requested.

8. BIAX has stated that it does not oppose the proposed extension of time for Defendants to file their bills of costs.

9. BIAX opposes the proposed extension of time for Defendants to file a motion for attorneys' fees. BIAX stated that it opposes such an extension because it believes attorneys' fees should be addressed after resolution of its intended appeal. Defendants believe attorneys' fees should be addressed now, as contemplated by Federal Rule 54(d). BIAX's position on this issue would more properly be addressed in the substantive briefing regarding attorneys' fees and is not a basis for denying the proposed extension.

10. Good cause exists and has been shown for the relief requested.

11. Pursuant to D.C.COLO.LCivR 6.1A, copy of this motion is being simultaneously served on Sony and NVIDIA.

WHEREFORE, defendants respectfully ask the Court to enter an Order granting the relief requested herein.

Dated: April 3, 2012

| | |
|---|---|
| /s/ Donald Daybell_____ | /s/ John R. Edwards_____ |
| Christopher Ottenweller | Christian C. Taylor |
| Donald Daybell | John R. Edwards |
| ORRICK, HERRINGTON &SUTCLIFFE, LLP | KIRKLAND & ELLIS LLP |
| 4 Park Plaza, Suite 1600 | 950 Page Mill Road |
| Irvine, CA 92614-2558 | Palo Alto, California 94304 |
| Tel: 949-567-6700 | Telephone: 650-859-7000 |
| Fax: 949-567-6710 | Facsimile: 650-859-7500 |
| Email: ddaybell@orrick.com | Email: christian.taylor@kirkland.com |
| Email: cottenweller@orrick.com | Email: john.edwards@kirkland.com |
| | |
| Alex V. Chachkes | Laura A. Hepburn |
| ORRICK, HERRINGTON &SUTCLIFFE, LLP | David Rokach |
| 666 Fifth Avenue | KIRKLAND & ELLIS LLP |
| New York, NY 10103 | 300 North LaSalle Street |
| Tel: 212-506-5000 | Chicago, Illinois 60654 |
| Fax: 212-506-5151 | Telephone: 312 862-2000 |
| Email: achachkes@orrick.com | Facsimile: 312 862-2200 |
| | Email: laura.hepburn@kirkland.com |
| Roger P. Thomasch | Email: david.rokach@kirkland.com |
| Jon Bernhardt | |
| BALLARD SPAHR LLP | Bruce A. Featherstone |
| 1225 17th Street, Suite 2300 | FEATHERSTONE PETRIE DESISTO LLP |
| Denver, CO 80202 | 600 17th Street, Suite 2400S |
| Tel: 303-292-2400 | Denver, Colorado 80202-5424 |
| Fax: 303-296-3956 | Telephone: 303 626-7100 |
| Email: bernhardt@ballardspahr.com | Facsimile: 303 626-7101 |
| Email: thomasch@ballardspahr.com | Email: bfeatherstone@featherstonelaw.com |
| | Email: apetrie@featherstonelaw.com |

*Attorneys for Defendant NVIDIA Corp.*

*Attorneys for Defendants Sony Computer Entertainment America Inc. and Sony Electronics Inc.*

**CERTIFICATE OF SERVICE**

   I hereby certify that on April 3, 2012, the foregoing document, titled **PARTIALLY-UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE DEFENDANTS' BILLS OF COSTS AND MOTION FOR ATTORNEYS' FEES**, was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record deemed to have consented to service via the CM/ECF system.

               /s/ *Rose Cusack*
               Rose Cusack, Paralegal