IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01257-PAB-MEH

BIAX CORPORATION,

    Plaintiff,

v.

NVIDIA CORPORATION,
SONY COMPUTER ENTERTAINMENT AMERICA, INC., and
SONY ELECTRONICS, INC.,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 13, 2012.**

    The Motion for Leave for Ulysses S. Hui to Withdraw as Counsel for Defendant NVIDIA Corporation [filed August 8, 2012; docket #1023] is **granted**. Ulysses S. Hui's representation of Defendant NVIDIA is hereby **terminated**. NVIDIA will continue to be represented by Alex Chachkes, Christina Von der Ahe, Christopher Ottenweller, Donald Daybell, Indra Chatterjee, Jonathan Bernhardt, Richard Swope, and Roger Thomasch.