IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01257-PAB-MEH

BIAX CORPORATION,

    Plaintiff,

v.

NVIDIA CORPORATION,
SONY COMPUTER ENTERTAINMENT AMERICA, INC., and
SONY ELECTRONICS, INC.,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 10, 2013.**

    Before the Court are Defendants' Renewed Motions for Issuance of a Writ of Execution [filed September 17, 2013; dockets #1111 and #1112].  Defense counsel has notified the Court that Plaintiff has filed for bankruptcy and, consequently, the Court need not address the pending motions. Based upon this representation, the Court will **deny** the motions **without prejudice**.